IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                        No. CR S-94-0294 WBS KJM P

   vs.

RICHARD GALICIA, Jr.,

      Movant.                           <u>ORDER</u>

_____/

       Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence based on 28 U.S.C. § 2255.  Because movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within sixty days of the effective date of this order.  <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

       Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.  Rule 5, Rules Governing Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

       If respondent's response is a motion, movant's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion,

1

1 | and respondent's reply, if any, shall be filed and served within fifteen days thereafter.

2 | The Clerk of the Court shall serve a copy of this order, together with a copy of

3 | movant's motion, on the United States Attorney or his authorized representative.

4 | DATED: May 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
gali0494.206