IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                       No. CR S-94-0294 WBS KJM P

    vs.

RICHARD GALICIA, Jr.,

    Movant.                          <u>ORDER</u>

_____/

       Movant has requested an extension of time to file and serve a traverse as provided by the court's order of May 24, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Movant's August 28, 2006 request for an extension of time is granted; and

       2. Movant's reply, filed September 11, 2006, is deemed timely.

DATED: September 20, 2006.

                                                    UNITED STATES MAGISTRATE JUDGE

2/mp
gali0294.236