IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

RICHARD GALICIA,

    Movant.

No. CR S-94-0294 WBS KJM;

CV S-05-2475 WBS KJM

<u>ORDER</u>

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 23, 2009, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within twenty days. Movant has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 23, 2009 are adopted in full;
2. Movant's December 7, 2005 motion to vacate under 28 U.S.C. 2255 is dismissed; and
3. The Clerk of the Court is directed to close the companion civil case, No. CIV S- 05-2475 WBS KJM.

DATED:  March 12, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/gali0294.804.vac