John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
RICHARD GALICIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:94-CR-0294-WBS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| RICHARD GALICIA, | |
| Defendant. | Hon. William B. Shubb |

Defendant, RICHARD GALICIA, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's §3582(c)(2) motion as follows:

| | |
|---|---|
| Defendant's Amended Mtn Due: | April 15, 2016 |
| Government's Response Due: | May 13, 2016 |
| Defendant's Reply Brief Due: | May 27, 2016 |

1

This request is made because the defendant needs additional time to conduct research, consult with the client, and prepare an amended motion. Defendant is serving a life sentence.

Dated: February 13, 2016                Dated:  February 13, 2016

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*                              /s/*John Balazs*
JASON HITT                              JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                   Attorney for Defendant
UNITED STATES OF AMERICA                 RICHARD GALICIA

**ORDER**

IT IS SO ORDERED.

Dated:  February 16, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE