1   John Balazs, Bar. No. 157287
    Attorney at Law
2   916 2nd Street, Suite F
    Sacramento, California 95814
3   Telephone: (916) 447-9299
    Facsimile: (916) 557-1118
4   john@balazslaw.com

5   Attorney for Defendant
    RICHARD GALICIA

6

7

8

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            No.  2:94-CR-0294-06-WBS

13                      Plaintiff,       **STIPULATION AND ORDER TO CONTINUE**
                                         **BRIEFING SCHEDULE RE: MOTION TO**
14           v.                          **REDUCE SENTENCE PURSUANT TO 18**
                                         **U.S.C. § 3582(c)(2)**
15  RICHARD GALICIA,

16                      Defendant.
                                         Hon. William B. Shubb
17

18          Defendant, RICHARD GALICIA, by and through his attorney, John Balazs, and plaintiff,

19  UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason

20  Hitt, hereby stipulate to extend the briefing schedule regarding defendant's §3582(c)(2) motion

21  as follows:

22          Defendant's Amended Motion Due:              May 6, 2016

23
            Government's Response Due:                   June 3, 2016
24

25          Defendant's Reply Brief Due:                 June 17, 2016

26

27

28

                                              1

This request is made because the defendant needs additional time to conduct research, and prepare an amended motion.  Defendant is serving a life sentence.

Dated:  April 14, 2016                              Dated:   April 14, 2016


BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hit*                                          /s/*John Balazs*
JASON HITT                                          JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                              Attorney for Defendant
UNITED STATES OF AMERICA               RICHARD GALICIA



**ORDER**

IT IS SO ORDERED.

Dated:  April 15, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2