UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RICHARD GALICIA,<br><br>             Petitioner,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent. | CIV. NO.  2:16-1001 WBS<br>CR.  NO.  2:94-0294 WBS<br><br>ORDER |

----oo0oo----

On May 11, 2016, petitioner Richard Garcia filed a motion pursuant to 28 U.S.C. § 2255.  The United States shall file an opposition to petitioner's motions no later than June 20, 2016.  Petitioner may then file a reply no later than July 5, 2016.  The court will then take the motions under submission and will inform the parties if oral argument or further proceedings

1

1  are necessary.

2           IT IS SO ORDERED.

3  Dated:  May 23, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE