UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RICHARD GALICIA,<br><br>        Defendant. | No. 2:94-cr-00294-06 WBS<br><br>ORDER |

----oo0oo----

On September 29, 2020, defendant Richard Galicia filed a Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A). (Docket No. 542.)  The motion seeks compassionate release based on, among other things, the risks of the coronavirus and also seeks reduction of his sentence under the First Step Act.  The United States shall file any opposition to defendant's request for relief under the First Step Act no later than thirty (30) days from the date of this order.  Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition.  The court will then take the

1

motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: October 2, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE