JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
RICHARD GALICIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:94-CR-0294-WBS |
|---|---|
| Plaintiff, | **ORDER TO SEAL DOCUMENTS** |
| v. | |
| RICHARD GALICIA, | |
| Defendant. | |

Upon application of the defendant Richard Galicia, through counsel, there being no objection and good cause being shown as set forth in defendant's notice of request to seal and request to seal,

IT IS HEREBY ORDERED that Exhibit F to defendant's September 29, 2020 motion to reduce sentence at docket 542 shall be SEALED until ordered unsealed by the Court.

///

Dated:  October 1, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE